DOA
9-9-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Roman Reyes-Marin,<br>a.k.a.: Roman Enrique Reyes-Marin,<br>(A 098 292 293)<br>*Defendant* | Case No. 16-8304mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 7, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Roman Reyes-Marin, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon Brown

☒ Continued on the attached sheet.

_____
Complainant's signature

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 12, 2016

_____
Judge's signature

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 7, 2016, Roman Reyes-Marin was booked into the Arizona State Prison Complex (ASPC), Alhambra Reception, on local charges in Phoenix. On that date, while at the ASPC facility, Reyes-Marin was encountered by Corrections Officer (CO) G. Lopez-Echeverria who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). CO Lopez-Echeverria determined Reyes-Marin to be a citizen of Mexico, illegally present in the United States. On July 8, 2016, an immigration detainer was lodged with the ASPC. On September 9, 2016, Reyes-Marin was released from the Arizona Department of Corrections and was transported to the Phoenix ICE office for further investigation and processing. Reyes-Marin was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Roman Reyes-Marin to be a citizen of Mexico and a previously deported criminal alien. Reyes-Marin was removed from the United

States to Mexico through Nogales, Arizona, on or about February 26, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Reyes-Marin in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Reyes-Marin's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Roman Reyes-Marin was convicted of Solicitation to Commit Sale or Transportation of Narcotic Drugs and Sale or Transportation of Narcotic Drugs, both felony offense, on August 26, 2015, in the Superior Court of Arizona, Maricopa County. Reyes-Marin was sentenced to one (1) year of incarceration and two (2) years' probation. Reyes-Marin's criminal history was matched to him by electronic fingerprint comparison.

5. On September 9, 2016, Roman Reyes-Marin was advised of his constitutional rights. Reyes-Marin freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 7, 2016, Roman Reyes-Marin, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about February 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 12th day of September, 2016.

_____
John Z. Boyle,
United States Magistrate Judge